# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3118

_____

Angela Renee Biddle, on behalf of KMB

*Plaintiff - Appellant*

v.

Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: August 7, 2018
Filed: August 15, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Angela Renee Biddle, on behalf of her minor daughter KMB, appeals from the
order of the District Court[1] affirming the denial of child disability benefits.  We

_____

[1]The Honorable Jerome T. Kearney, United States Magistrate Judge for the
Eastern District of Arkansas, to whom the case was referred for final disposition by
consent of the parties, see 28 U.S.C. § 636(c).

conclude that substantial evidence on the record as a whole supports the administrative law judge's determination that KMB's severe impairments did not functionally equal a listed impairment. See England v. Astrue, 490 F.3d 1017, 1019–20 (8th Cir. 2007) (setting out the standard of review and summarizing the "sequential three-step evaluation" for a child-disability claim).[2] We affirm the judgment.

—————————————————

[2]We did not consider the issues that Biddle raises for the first time on appeal or has abandoned. See Gragg v. Astrue, 615 F.3d 932, 938 (8th Cir. 2010) (noting that issues not raised in the district court would not be considered on appeal because the appellant had not shown "that manifest injustice would otherwise result"); Hacker v. Barnhart, 459 F.3d 934, 937 n.2 (8th Cir. 2006) (explaining that a party abandons an issue if it is not raised in her appellant brief).